UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. : 16-61767-CIV-MORENO

| | |
|---|---|
| NOBEL DIAZ | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HOLCOMBE U.S.A., Inc. d/b/a AUTOSHOW SALES AND SERVICE a/k/a QUICK AUTO LOAN and MOTORHOUSE INC d/b/a MOTORHOUSE, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL

The parties hereby file a Joint Motion for Approval of Settlement and Stipulation of Dismissal and state as follows:

1. The parties have amicably resolved all claims in the above styled case by a General Release and Confidential Settlement Agreement (Agreement).[1] All claims shall be dismissed with prejudice. The parties respectfully request that the Court retain jurisdiction for a period of sixty (60) days to enforce the terms of the parties settlement, should that be necessary.

2. Without admitting fault or liability, the parties have amicably resolved all disputed claims in this matter (including attorneys' fees and costs). For a release and waiver of claims agreement to be considered effective under the FLSA, it needs to be approved by a Court or supervised by the U.S. Department of Labor. See Lynn's Food Stores, Inc. v. U.S. Dept. of Labor, 679 F.2d 1350, 1355 (11th Cir. 1982) ("Other than a section 216(c) payment supervised by the Department of Labor, there is only one context in which compromises of FLSA back

---

[1] Pursuant to instructions from chambers, the confidential Agreement is being submitted to the Court for an *in camera* review for inspection and approval through e-mail at mariela_martinez-cid@FLSD.uscourts.gov.

-2-

wage or liquidated damage claims may be allowed: a stipulated judgment entered by a court which has determined that a settlement proposed by an employer and employees, in a suit brought by the employees under the FLSA, is a fair and reasonable resolution of a bona fide dispute over FLSA provisions."). See also Silva v. Miller, 307 F. App'x. 349, 351 (11th Cir. 2009).

3. *Fairness of Terms of Settlement:* Plaintiff was employed by Defendants for one month (D.E. # 1). In this case Plaintiff has not asserted that he is entitled to overtime of unpaid minimum wages but instead filed a two count Complaint alleging one violation of the FLSA retaliation provisions and various violations of Florida's Private Whistleblower Act ( D.E. # 1). Defendants deny liability. However, to avoid the risks and costs associated with further litigation, the parties have agreed to resolve this dispute. The confidential Agreement submitted for in camera review resolves all disputed claims or potential claims between the parties, including any claims for attorneys' fees and costs. Under the terms of the Plaintiff's contingency retainer agreement Plaintiff's counsel will receive 40% of the Agreement's gross settlement amount plus costs. The parties request that the Court approve the settlement agreement as fair and reasonable in this case given the nature of the dispute, the legal issues involved, including claims related to the enforcement of an arbitration provision, and the risks and costs associated with further litigation.

4. *Reasonableness of Attorney's Fees and Costs:* A settlement value was reached in this case, which included and encompassed all claims and attorney's fees and costs. The settlement value of attorney fees and costs are fair and reasonable and will be applied to Plaintiff's counsels to their litigation costs and attorneys' fees. Accordingly, Plaintiff's counsel respectfully requests that the Court approve the payment of 40% of the settlement amount in

-3-

attorney fees and an additional $1255.00 in costs, from the settlement proceeds to Plaintiff's counsel's law firm for costs and fees.

5. WHEREFORE, for the above and foregoing reasons, the parties respectfully requests that the Court approve the attached agreement as a fair and reasonable resolution of a bona fide dispute under the FLSA, and dismiss this matter with prejudice, each party to bear their own attorneys' fees and costs, and for the Court to retain jurisdiction for a period of sixty (60) days to enforce the terms of the parties settlement, should that be necessary.

Dated this 20 day of September, 2016.     Respectfully submitted,

s/ R. Martin Saenz                                         s/ Jana M. Leichter

_____          _____

**Ruben Martin Saenz, Esq.**
Florida Bar No. 640166
msaenz@saenzanderson.com
**Andres Rivera-Ortiz, Esq.**
Florida Bar No. 373478
riveraortizpa@gmail.com
**SAENZ & ANDERSON**
20900 N.E. 30th Avenue
Suite 800
Aventura, Florida 33180
Telephone No.: (305) 503-5131
Facsimile No.: (888) 270-5549
ATTORNEYS FOR PLAINTIFF

**Jana M. Leichter, Esq.**
Florida Bar No. 803901
Jana.Leichter@csklegal.com
**Karly A. Wannos, Esq.**
Florida Bar No: 42451
Karly.wannos@csklegal.com
**COLE, SCOTT & KISSANE, P.A.**
222 Lakeview Avenue
Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **R. Martin Saenz**

### SERVICE LIST
CASE NO. 16-cv-61767-FAM

**Ruben Martin Saenz, Esq.**
Florida Bar No. 640166
msaenz@saenzanderson.com
**Andres Rivera-Ortiz, Esq.**
Florida Bar No. 373478
riveraortizpa@gmail.com
**SAENZ & ANDERSON**
20900 N.E. 30th Avenue
Suite 800
Aventura, Florida 33180
Telephone No.: (305) 503-5131
Facsimile No.: (888) 270-5549
ATTORNEYS FOR PLAINTIFF

**Jana M. Leichter, Esq.**
Florida Bar No. 803901
Jana.Leichter@csklegal.com
**Karly A. Wannos, Esq.**
Florida Bar No: 42451
Karly.wannos@csklegal.com
**COLE, SCOTT & KISSANE, P.A.**
222 Lakeview Avenue
Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977
ATTORNEYS FOR DEFENDANTS