UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. : 16-61767-CIV-MORENO

NOBEL DIAZ )
)
        Plaintiff, )
)
v. )
)
HOLCOMBE U.S.A., Inc. d/b/a )
AUTOSHOW SALES AND SERVICE a/k/a )
QUICK AUTO LOAN and MOTORHOUSE )
INC d/b/a MOTORHOUSE, )
)
        Defendants. )

**ORDER APPROVING FLSA SETTELEMNT AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' "Joint Motion for Approval of Settlement and Stipulation of Dismissal" (Joint Motion and Stipulation).

**UPON CONSIDERATION** of the Joint Motion and Stipulation, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the FSLA settlement submitted in chambers is hereby **APPROVED**, and the stipulation of Dismissal is hereby **GRANTED**.

This case is dismissed with prejudice, and all pending motions are denied as moot. The Court will retain jurisdiction for 60 days to enforce the parties Settlement, if necessary.

**DONE AND ORDERED** in Chambers at Miami, Florida this

_____day of _____, 2016.

_____
**FEDERICO MORENO**
**UNITED STATES DISTRICT JUDGE**

copies provided: All Counsels of Record