UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **16-61767-CIV-MORENO**

NOBEL DIAZ,

        Plaintiff,

vs.

HOLCOMBE USA, INC. d/b/a AUTOSHOW
SALES AND SERVICE a/k/a QUICK AUTO
LOAN and MOTORHOUSE INC. d/b/a
MOTORHOUSE,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL **(D.E. 22),** filed on **September 20, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the parties' Motion is GRANTED and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

The Court shall retain jurisdiction for six months to enforce the settlement agreement. The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of September 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record